C/m

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x   Civil Action No.: CV-05-5755(LDW)
UNITED STATES OF AMERICA, §
§
              Plaintiff, §
- against- §
§
SARAH SANTANA, §
§
             Defendant. §
---------------------------------------------------------x

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, Sarah Santana, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the Complaint filed herein.

3. The defendant hereby agrees to the entry of a judgment in the sum of $3,125.91 (principal of $1,506.08, and accrued interest in the amount of $1,613.23) and interest at the legal rate from the date of entry of judgment, which will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full.

4. Judgment debtor will make an initial payment on **January 15, 2006**, payable to the Department of Justice, to be sent to the U.S. Department of Justice, Central Intake Facility, P.O. Box 198558, Atlanta, Georgia 30384, in the amount of **$500.00**.

5. On the **15th** day of each month thereafter, the judgment debtor will tender to the United States a check payable to the Department of Justice in the amount of **$500.00**, and

will continue to make such payments by the **15th** of each month, until the entire amount of the judgment, together with any interest thereon, is paid in full, with the following special provisions;

(a) Each said payment shall be applied first to the payment of interest accrued to the date of receipt of said payments, and the balance, if any, to the principal;

(b) If plaintiff deems it necessary, the judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid; the judgment debtor shall provide the Attorney for Plaintiff with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence;

(c) Plaintiff reserves the right to evaluate the updated financial data and consider any extra payments that may be have been made then adjust the periodic payment rate upward or downward accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances, or by the Attorney for Plaintiff.

6.  This judgment may be recorded among the records of the Supreme Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

7. The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number. Defendant shall provide such information to the Attorney for Plaintiff at his address listed below.

Dated: Brooklyn, New York
January 6, 2006

s/ *Michael T. Sucher, Esq. (MS-9414)*
MICHAEL T. SUCHER, ESQ.
Private Counsel for Plaintiff
United States of America
26 Court Street Suite 2412
Brooklyn, New York  11242
Tel. (718) 522-1995
Fax. (718) 797-3174

Dated: Brooklyn, New York

Sarah Santana
Defendant In Person
16 6th Avenue
Huntington Station, New York 11746

APPROVED THIS 14TH DAY OF August, 2006

Leonard D. Wexler
U.S. District Court Judge

Central Islip, NY